[Crim. No. 729. Second Appellate District, Division Two.—July 10, 1920.]

## In the Matter of the Application of PETER DRAGICH for Writ of Habeas Corpus.

[1] FISH AND . GAME—EXTENT OF STATE SOVEREIGNTY—VALIDITY OF SECTION 636, PENAL CODE.—Writ discharged and petitioner remanded on the authority of *Matter of Marincovich, ante,* p. 474.

PROCEEDING on Habeas Corpus to secure the release of petitioner from custody on a charge of violating section 636 of the Penal Code. Writ discharged and petitioner remanded.

The facts are in all material aspects the same as in *Matter of Marincovich, ante,* p. 474.

C. W. Pendleton and Henry E. Carter for Petitioner.

Thomas Lee Woolwine, District Attorney, and W. J. Clark for Respondent.

THE COURT.—[1] The facts in this proceeding are in all material aspects the same as in the *Matter of Marincovich, ante,* p. 474, [192 Pac. 156]. For the reasons there given, petitioner is remanded and the writ discharged.